UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE HARPER COMPANY<br>1648 Petersburg Road<br>P.O. Box 420<br>Hebron, KY 41048<br><br>          Plaintiff,<br>vs.<br><br>CENTRAL STATES, SOUTHEAST<br>AND SOUTHWEST AREAS<br>HEALTH AND WELFARE<br>AND PENSION FUNDS<br>9377 West Higgins Road<br>Rosemont, IL 60018<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE No.:<br><br>JUDGE<br><br>FILED: AUGUST 15, 2008<br>08CV4655<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE ASHMAN<br>YM |

## Rule 7.1(a) Corporate Disclosure Statement of Plaintiff, The Harper Company

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff The Harper Company ("Harper") states that Harper is not a publicly held company nor is there any parent corporation or publicly held corporation that owns 10% or more of Harper's stock.

Respectfully Submitted,

s/ Heather A. Bailey
Heather Bailey, Esq.
Drinker Biddle & Reath LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
E-mail: Heather.Bailey@dbr.com

CH01/ 25211698.1

        Scott A. Lefelar, Esq. (*pro hac vice* pending)
        Millisor & Nobil Co., L.P.A.
        9150 South Hills Blvd., Suite 300
        Cleveland, OH  44147
        (440) 838-8800 – Telephone
        (440) 838-8805 – Telecopier
        E-mail:  slefelar@millisor.com

        Attorneys for Plaintiff,
        The Harper Company

Dated: August 15, 2008