UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **THE HARPER COMPANY**<br>1648 Petersburg Road<br>P.O. Box 420<br>Hebron, KY 41048 | )<br>)<br>)<br>) | CASE No.:   08CV4655 |
| **Plaintiff,**<br>vs. | )<br>)<br>)<br>) | Hon. Judge Guzman |
| **CENTRAL STATES, SOUTHEAST<br>AND SOUTHWEST AREAS<br>HEALTH AND WELFARE<br>AND PENSION FUNDS**<br>9377 West Higgins Road<br>Rosemont, IL 60018 | )<br>)<br>)<br>)<br>)<br>) | Magistrate Judge Ashman |
| **Defendant.** | ) | |

## Notice of Filing Waiver of Service of Summons

To:   Timothy C. Reuter, Esq.
      Howard McDougall
      9377 W. Higgins Road
      Rosemont, Illinois 60018

   Please take notice that on this 27th day of August, 2008, counsel for Plaintiff filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff's Notice of Filing Waiver of Service of Summons**, copy of which is attached hereto and served upon you.

                                     Respectfully Submitted,

Dated: August 27, 2008              s/ Heather A. Bailey
                                     Heather Bailey, Esq.
                                     Drinker Biddle & Reath LLP
                                     191 North Wacker Drive
                                     Suite 3700
                                     Chicago, IL 60606-1698
                                     E-mail:  Heather.Bailey@dbr.com

CH01/ 25219086.1

        Scott A. Lefelar, Esq.
        Millisor & Nobil Co., L.P.A.
        9150 South Hills Blvd., Suite 300
        Cleveland, OH  44147
        (440) 838-8800 – Telephone
        (440) 838-8805 – Telecopier
        E-mail:  slefelar@millisor.com

        Attorneys for Plaintiff,
        The Harper Company

## Certificate of Service

I, the undersigned, an attorney of record in this matter, certify that I caused the foregoing **Plaintiff's Notice of Filing Waiver of Service of Summons** to be served this 27th day of August, 2008, *via* U.S. Mail to:

>Timothy C. Reuter, Esq.
>Howard McDougall
>9377 W. Higgins Road
>Rosemont, Illinois 60018


S/ Heather A. Bailey
Heather A. Bailey
