**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08CV4655 |
| The Harper Company, | |
| v. | |
| Central States, SE & SW Areas Health & Welfare & Pension | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, The Harper Company

| |
|---|
| NAME (Type or print) |
| Scott A. Lefelar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Scott A. Lefelar |
| FIRM |
| Millisor & Nobil Co., L.P.A. |
| STREET ADDRESS |
| 9150 S. Hills Blvd., Suite 300 |
| CITY/STATE/ZIP |
| Cleveland, OH 44147 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 440-838-8800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HARPER COMPANY, | ) |
| | ) CASE No.:   08CV4655 |
| Plaintiff, | ) |
| vs. | ) |
| | ) Hon. Judge Guzman |
| CENTRAL STATES, SOUTHEAST | ) |
| AND SOUTHWEST AREAS | ) Magistrate Judge Ashman |
| HEALTH AND WELFARE | ) |
| AND PENSION FUNDS, | ) |
| | ) |
| Defendant. | ) |

## Certificate of Service

I, the undersigned, an attorney of record in this matter, certify that I caused the foregoing **Appearance** to be served this 2nd day of September, 2008 *via* U.S. Mail to:

Timothy C. Reuter, Esq.
Howard McDougall
9377 W. Higgins Road
Rosemont, Illinois 60018

Respectfully Submitted,

Dated: September 2, 2008

s/ Heather A. Bailey
Heather Bailey, Esq.
Drinker Biddle & Reath LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
E-mail: Heather.Bailey@dbr.com

Scott A. Lefelar, Esq.
Millisor & Nobil Co., L.P.A.
9150 South Hills Blvd., Suite 300
Cleveland, OH  44147
(440) 838-8800 – Telephone
(440) 838-8805 – Telecopier
E-mail: slefelar@millisor.com

Attorneys for Plaintiff, The Harper Company

CH01/ 25220342.1